**Opinion issued December 28, 2023**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-23-00789-CV

_____

## OMARI J. THOMAS, Appellant

## V.

## P.C.F. PROPERTIES IN TX, LLC, Appellee

---

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Case No. 2023-63377**

---

## MEMORANDUM OPINION

Appellant Omari J. Thomas filed a "Motion to Dismiss Appeal for Lack of Jurisdiction," representing he "non-suited the entire case and all . . . claims against [Appellee P.C.F. Properties in TX, LLC]." Appellant therefore requested that the Court "dismiss the pending appeal for want of jurisdiction due to the absence of a

case or controversy."  No cross appeal has been filed, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c).  Appellant's motion includes a certificate of conference; however, the certificate of conference does not state whether appellee is opposed the relief requested in appellant's motion.  *See* TEX. R. APP. P. 10.1(a)(5). However, appellee filed a response, stating that it "does not oppose [Appellant's] Motion [to Dismiss]."  *See* TEX. R. APP. P. 10.3(b).

We grant Appellant's motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f).  All other pending motions are denied as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Landau and Rivas-Molloy.